# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

| | | |
|---|---|---|
| JOSHUA MORRIS | * | CIVIL ACTION NO. 3:18-CV-01275 |
| v. | * | JUDGE TERRY A. DOUGHTY |
| KEVIN KELLY, ET AL. | * | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the instant suit is hereby **DISMISSED WITH PREJUDICE**. Fed. R. Civ. P. 41(b).

THUS DONE AND SIGNED this 10th day of September, 2019, in Monroe, Louisiana.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE